IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLAS LOTRECCHIANO, as Personal Representative of the Estate of Norma Lotrecchiano,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Defendant. | CV 16–154–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 14),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 8th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court